**Vicki REEVE, Plaintiff–Appellant,**

v.

**SEI/AARON'S, INC. d/b/a Aaron's Sales and Lease, Defendant–Appellee.***

**No. 10–2773–cv.**

United States Court of Appeals, Second Circuit.

June 17, 2011.

* The Clerk of Court is instructed to amend the official caption in this case to conform to the listing of the parties above.

Gerald T. Walsh, Zdarsky, Sawicki & Agostinelli LLP, Buffalo, NY, for Appellant.

Adam W. Perry, Joseph S. Brown, Hodgson Russ LLP, Buffalo, NY, for Appellee.

PRESENT: JON O. NEWMAN, ROGER J. MINER, GERARD E. LYNCH, Circuit Judges.

### SUMMARY ORDER

Plaintiff-appellant Vicki Reeve appeals from a June 3, 2010 judgment of the district court (Curtin, *J.*) granting summary judgment to defendant-appellee SEI/Aaron's, Inc. ("SEI") on Reeve's employment discrimination and retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., and the New York State Human Rights Law, N.Y. Exec. Law § 296 (McKinney 2005). We assume the parties' familiarity with the underlying facts, procedural history, and issues on appeal.

We review orders granting summary judgment de novo, focusing on whether the district court properly concluded that there was "no genuine issue as to any material fact" and that the "moving party [was] entitled to a judgment as a matter of law." *Allianz Ins. Co. v. Lerner*, 416 F.3d 109, 113 (2d Cir.2005). Having conducted a de novo review of the record, we affirm the grant of summary judgment in favor of SEI for substantially the same reasons stated by the district court in its thorough and well-reasoned opinion. *See Reeve v. SEI/Aaron's, Inc.*, No. 06–CV–0642C, 2010 WL 2287482 (W.D.N.Y. June 2, 2010).

Accordingly, the judgment of the district court is AFFIRMED.